# EXHIBIT A



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are part of this certificate.

*To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date. (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*Director of the United States Patent and Trademark Office*

Int. Cls.: 35, 36 and 41

Prior U.S. Cls.: 100, 101, 102 and 107

**United States Patent and Trademark Office**

Reg. No. 3,190,377
Registered Jan. 2, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

## ART CAPITAL GROUP

ART CAPITAL GROUP, INC. (DELAWARE COR-
PORATION)
980 MADISON AVENUE
3RD FLOOR
NEW YORK, NY 10021

FOR: RETAIL STORE AND ON-LINE RETAIL
STORE SERVICES FEATURING ART CATALOGS,
POSTERS, AND SOUVENIRS OFFERED IN CON-
NECTION WITH ART EXHIBITS , IN CLASS 35 (U.S.
CLS. 100, 101 AND 102).

FIRST USE 5-21-2001; IN COMMERCE 5-21-2001.

FOR: FINANCIAL SERVICES, NAMELY, AR-
RANGING FOR THE FINANCING FOR LEASING
OF ART COLLECTIONS, ARRANGING FOR COR-
PORATE AND FOUNDATION SPONSORSHIP OF
ART EXHIBITIONS, BROKERAGE OF ART COL-
LECTIONS AVAILABLE FOR EXHIBITION;
BROKERAGE OF ART FROM MUSEUMS,
ESTATES, CORPORATIONS, ORGANIZATIONS
AND PRIVATE INDIVIDUALS TO MUSEUMS, ES-
TATES, CORPORATIONS, ORGANIZATIONS AND
PRIVATE INDIVIDUALS , IN CLASS 36 (U.S. CLS.
100, 101 AND 102).

FIRST USE 5-21-2001; IN COMMERCE 5-21-2001.

FOR: CREATING EXHIBITIONS BY GATHER-
ING ART WORKS FROM MUSEUMS, ESTATES,
CORPORATIONS AND PRIVATE INDIVIDUALS
AND ORGANIZING THEM INTO EXHIBITIONS;
LEASING WORKS OF ART FROM MUSEUMS,
ESTATES, CORPORATIONS, ORGANIZATIONS
AND PRIVATE INDIVIDUALS TO MUSEUMS, ES-
TATES, CORPORATIONS, ORGANIZATIONS AND
PRIVATE INDIVIDUALS, IN CLASS 41 (U.S. CLS.
100, 101 AND 107).

FIRST USE 5-21-2001; IN COMMERCE 5-21-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CAPITAL GROUP", APART FROM
THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 76-238,397, FILED 4-10-2001.

KATHLEEN M. VANSTON, EXAMINING ATTOR-
NEY

# EXHIBIT B







about us

## about us

Art Capital Group (ACG) offers financial and consulting service
assist art owners in creating liquidity from art assets.



ACG is recognized as the only independent
art lending, and our clients are assured of
flexibility, and responsiveness to their finar
needs. Combining expertise in finance and
we provide customized solutions to the fine
decorative art world.



# products & services

## products & services

**Term Loans**

**Bridge Loans, Advances & Auction Guarantees**

**Acquisition Financing**

**Revolving Lines of Credit**

**Dealer Inventory Financing**

**Collection Advisory & Management**

We offer recourse and non recourse asset based financing
Unlike traditional sources of capital, we are comfortable utili
and decorative art as the sole asset securing a loan or as a
of a collateral package. Our financing products and service:



Term Loans

Bridge Loans, Advances & Auction Gu

Acquisition financing

Revolving Lines of Credit

Dealer Inventory Financing

Collection Advisory & Management



# frequently asked questions

### questions

What is the difference between a recourse and a non-recourse loan?

We own art that is going to auction. Are we eligible for a loan?

How long does it take to get financing?

Do you work in conjunction with the auction houses?

I am looking to finance my collection, which is in both Europe and the United States. Can ACG lend against assets held offshore or against assets owned offshore entities?

What are the terms of a loan?

What happens to my art once I finance against it?



**What is the difference between a recourse and a non-recourse loan?**
A recourse loan is secured by the art assets in addition to being guaranteed by the borrower. A recourse loan implies that a borrower's full credit backs the loan. A non-recourse loan is secured solely by the art assets underlying it. A non-recourse loan ty incurs a higher interest rate as the art is not undersigned by the client and acts as th source of collateral for the loan.

Back to Top

**We own art that is going to auction. Are we eligible for a loan?**
Absolutely. A loan secured by art that is scheduled to be sold (a bridge loan) is one o most popular financing products. Bridge loans from Art Capital Group provide art own with liquidity from their art assets well before the planned sale. By financing a bridge through ACG, a borrower maintains the flexibility to sell privately or through any of tl major auction houses. Ultimately, the proceeds from the planned sale are used to rep loan, with the balance of proceeds being returned to the client.

Back to Top

**How long does it take to get financing?**
We complete many transactions within 30 days, and often within a couple of weeks,

introduction to prospective clients. We understand the urgency of completing transac
rapidly and efficiently. The timing of a transaction is principally driven by the speed v
which we gain access to the materials needed to evaluate the art assets and the borr
credit.

Back to Top

## Do you work in conjunction with the auction houses?

ACG is an independent finance company, and we are not affiliated with any of the au
houses directly. We often work with auction houses to sell assets on behalf of clients,
however. We are able to buy and sell art, either privately or at auction, to get the be
for our client. Additionally, as a specialist company, we can manage the entire auctio
process on behalf of our clients.

Back to Top

## I am looking to finance my collection, which is in both Europe and the United States. Can ACG lend against assets held offshore or against as owned by offshore entities?

Yes. ACG has global lending capabilities, and we represent clients worldwide. Restrict
the location of the art collateral securing a loan may exist, depending on the venue, a
security laws differ from country to country. Loans are typically denominated in U.S.
but may be arranged in other currencies.

Back to Top

## What are the terms of a loan?

Because art assets and the needs of our clients are unique, we customize our loans fi
client based on individual circumstances. Art Capital Group offers flexible terms to ou
clients because we understand that each collection and piece of art requires special
attention.

Back to Top

## What happens to my art once I finance against it?

There are several options from which to choose. Artwork can be stored in one of our
storage facilities in New York City or displayed in our Madison Avenue gallery space. i
located abroad, pieces can be stored in appropriate storage facilities under Art Capita
Group's control.

Back to Top



contact us



Art Capital Group
980 Madison Avenue, 3rd Floor
(Between 76th and 77th Streets)
New York, NY 10021
T  212 585 3939
F  212 585 0247
info@artcapitalgroup.com

# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work

REGIST. **TX 6-543-372**

EFFECTIVE DATE OF REGISTRATION

**Apr 27 2007**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Art Capital Group website, www.artcapitalgroup.com

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**
**NAME OF AUTHOR ▼**
Office in Concept, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶
Domiciled in▶ New York corporation
}

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼ text, artwork and screen displays (excluding photographs of works of art that are in the public domain)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**NAME OF AUTHOR ▼**
Art Capital Group, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶
Domiciled in▶ Delaware LLC
}

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Source Code

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶
Domiciled in▶
}

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month▶ April   Day▶ 3   Year▶ 2005
United States    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Art Capital Group, LLC
980 Madison Avenue
New York, NY 10021

See instructions before completing this space.

**APPLICATION RECEIVED**
Apr 17 2007
**ONE DEPOSIT RECEIVED**
4.27.07
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Copyrights in text, artwork and screen displays were transferred to Art Capital Group from Office in Concept, Inc. by written agreement

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ____ pages

*Amended by C.O. per email from
Rachelle Dubow on 4-27-2007.

| EXAMINED BY | FORM TX |
| --- | --- |
| CHECKED BY | |

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶       Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

The work includes photographs of works of art that are in the public domain

**a**

**6**

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Applicant claims copyrights in the source code, text, ~~non-pictorial artwork,~~
screen displays, and the compilation of text and non-pictoral artwork, and screen displays,
other than the excluded photographs of works of art that are in the public domain

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼       Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name / Address / Apt / City / State / Zip ▼

Rachelle A. Dubow
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

**b**

Area code and daytime telephone number ▶  617-951-8939       Fax number ▶  617-951-8736

Email ▶  rachelle.dubow@bingham.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Art Capital Group, LLC

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ian Peck, President       Date ▶ 4/3/07

Handwritten signature ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Rachelle A. Dubow<br>Bingham McCutchen LLP | • Complete all necessary spaces<br>• Sign your application in space 8 |
| --- | --- | --- |
| | Number/Street/Apt ▼<br>150 Federal Street | 1. Application form<br>2. Nonrefundable filing fee in check or money order payable to Register of Copyrights<br>3. Deposit material |
| | City/State/Zip ▼<br>Boston, MA 02110 | Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6222 |

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Form TX - Full  Rev: 11/2006  Print: 11/2006 — 30,500  Printed on recycled paper       U.S. Government Printing Office: 2006-xx-xxx/60_xxx

# EXHIBIT D



Financing The World's Treasures™

Home

About Us

Clients

Financing Products

Contact Info







About Us

# About Us

Home

About Us

Clients

Financing Products

Contact Info

Fine Art Capital lends money to individuals, art dealers, trusts & estates, and museums seeking to finance new acquisitions and borrow against an existing collection of art and antiques. Qualified clients can borrow $500,000 to $100,000,000 for up to 20 years and retain possession of their collection.

Our sole business is to provide liquidity to collectors and to the fine and decorative art community. We do not offer art advisory services or trade in art and antiques.



"It had long since c
attention that pe
accomplishment rare
and let things happe
They went out and h
things."

-- Leonardo Da

Copyright © 2005 by FINE ART CAPITAL, LLC. All Rights Reserved.      Designed by COMMUNICATOR PARTNERS, NYC





artinfo@fine

Clients

## Home

## About Us

Clients

   Individuals

   Art Dealers

   Trusts & Estates

   Wealth Advisors

   Museums

## Financing Products

Contact Info

# Clients

Fine Art Capital brings together experts in art and banking to do one thing: lend money using art and antiques as collateral.

The company offers a full complement of financing programs designed to meet the needs of individuals, art dealers and advisors, private wealth managers and trust & estate professionals.

Financing can eliminate the significant taxes and transaction costs associated with the sale of art and antiques. The federal capital gains tax on art and antiques is 28% (versus 15% for stocks, bonds and real estate). Adding state and local taxes, a sale can trigger a total tax bill of 40%+- on the gain, depending on the seller's domicile. That's before transaction costs which can be as high as 20-30% of the value of the assets sold.



"I was very embarra
my canvases began i
prices. I saw myself
to a future of not
Masterpiece

-- Henri Mat

Copyright © 2003 by FINE ART CAPITAL, LLC. All Rights Reserved    Designed by CONSTRUCTION PARTNERS WORLD



Contact Info



Home

About Us

Clients

Financing Products

Contact Info

# Contact Information

For a confidential consultation please contact us at:

Fine Art Capital, LLC
6 East 43rd Street
New York, New York 10017

Telephone: 212-850-4500
Email: artinfo@fineartcapital.com



"Every time I p
portrait, I lose a

-- John Singer S

Copyright © 2005 © FINE ART CAPITAL, LLC. All Rights Reserved.     Powered by CORBIS FAILURE PARTNERS WORLD



Financing Products



Home

About Us

Clients

Financing Products

   Acquisition Financing

   Liquidity Loans

   Lines of Credit

   Inventory Financing

   Sale Financing

   Consignment Loans

Contact Info

# Financing Products

Fine Art Capital offers a full complement of debt products to finance new purchases and create liquidity from an existing collection. The company provides acquisition financing, liquidity loans, lines of credit, inventory financing, sale financing and consignment financing.

Fine Art Capital lends $500,000 to $100,000,000 for terms of 6 months to 20 years. Loans can be secured by a broad range of art and antiques, including paintings, drawings, sculpture, furniture and decorative arts.

Clients can retain possession of their art and antiques.



"Art cannot be r
art is timele:

-- Egon Sch

Copyright © 2005 by FINE ART CAPITAL, LLC. All Rights Reserved.        Designed by COMMUNICATION PARTNERS WORLD

# EXHIBIT E

# THE FINER POINTS OF FINE ART CAPITAL



■ We are part of Emigrant Bank (founded 1850)

■ We often lend more than other banks

■ We lend funds for up to 20 years

■ You keep your art

■ We lend at competitive bank rates

■ We have flexible 'clean up' provisions

■ We are bankers. We do not buy or sell art, or advise clients

**⚡EMIGRANT BANK**

For a confidential consultation, please call Hope Tate at 212-850-4507.

● Lines of credit      ● Acquisition financing      ● Sale financing      ● Liquidity loans      ● Estate tax financing      ● Life insurance premium financing



CAPITAL

*Financing the World's Treasures*