UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

ART CAPITAL GROUP, LLC and ART CAPITAL
GROUP, INC.,

                      Plaintiffs,

          - against -

FINE ART CAPITAL, LLC and EMIGRANT BANK,

                    Defendants.

------------------------------------------------------------------ x

07 Civ. 3879 (SAS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

Paul Mapp, being duly sworn, deposes and says that he is employed by the law firm of Bingham McCutchen LLP, is over the age of 18 years and is not a party to this action.

On May 18, 2007, at approximately 9:55 am, deponent served the Summons, Complaint, Civil Cover Sheet and Judge's Rules upon Emigrant Bank by delivering and leaving the documents with Marilyn M.A. Cheeseboro, who identified herself as a Vice President and authorized to accept service of the papers. Ms. Cheeseboro is a black female approximately 170-180 pounds, 50-60 years of age, 5'8"-5'9" tall with black hair.

Service was made at Emigrant Bank at 5 East 42nd Street, New York, New York 10022.

 

_____
Paul Mapp
Proc. Lic. # 908587

Sworn to before me this
18th day of May 2007

_____

NYDOCS/1177403.1

DAVID MARCUS
Notary Public, State of New York
No. 4873948
Qualified in New York County
Commission Expires Oct. 20, 2010