Edward F. Maluf (EM 6884)
Eugenie M. Cesar-Fabian (EF 1104)
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, New York 10022
Tel: 212.705.7000

*Attorneys for Plaintiffs*
*Art Capital Group, LLC and*
*Art Capital Group, Inc.*





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ART CAPITAL GROUP, LLC and ART CAPITAL GROUP, INC.,

           Plaintiffs,

- against -

FINE ART CAPITAL, LLC and EMIGRANT BANK,

           Defendants.

------------------------------------------------------------------- x

07 CIV 3879

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiffs Art Capital Group, LLC and Art Capital Group, Inc. (collectively, "Art Capital") certifies that Art Capital is privately held and that there are no corporate parents, subsidiaries or affiliates of Art Capital that are publicly held.

Dated:  New York, New York
         May 17, 2007

                                   **BINGHAM McCUTCHEN LLP**

                                   By: _____
                                      Edward F. Maluf (EM 6884)
                                      Eugenie M. Cesar-Fabian
                                      (EF 1104)
                                      399 Park Avenue
                                      New York, New York 10022
                                      Tel: (212) 705-7000

                                      *Attorneys for Plaintiffs*
                                      *Art Capital Group, LLC and*
                                      *Art Capital Group, Inc.*

ACTIVE/72013809.1

1