UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

ART CAPITAL GROUP, LLC and ART       Case No. 07-CV-3879 (SAS)
CAPITAL, INC.,

        Plaintiffs,

    -against-          **AFFIDAVIT OF SERVICE**

FINE ART CAPITAL, LLC and
EMIGRANT BANK,

        Defendants.
-----------------------------------------------------X

STATE OF DELAWARE      )
                      :
COUNTY OF NEW CASTLE  )

    __Daniel Newcomb_____, being duly sworn, deposes and says that he/she is
an agent of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age
of eighteen years and is not a party to the action.

    That on the 22nd day of May, 2007, at approximately __2:45 PM__ x.x.m./p.m.,
deponent served a true copy of the **Summons; Complaint; Civil Cover Sheet; and
Judge's Rules** upon FINE ART CAPITAL, LLC c/o Corporation Service Company,
registered agent, at 2711 Centerville Road, Suite 400, Wilmington, DE 19808 by
personally delivering and leaving the same with __Mary Drumond_____,
Process Clerk, who stated that he/she is authorized to accept service.

    __Mary Drumond_____ is a __Black_____ male/female, approximately

__40___ years of age, is approximately _5___ feet and _____ 6 __ inches tall, weighs

approximately ___130___ pounds, with __Brown_____ hair.

Sworn to before me this
__22___ day of May, 2007        _____

                              PROCESS SERVER
_____     Daniel Newcomb
NOTARY PUBLIC

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

6/15/08