SCHEINDLIN,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ART CAPITAL GROUP, LLC, and
ART CAPITAL GROUP, INC.,

        Plaintiffs,

-against-

FINE ART CAPITAL, LLC and
EMIGRANT BANK,

        Defendants.

07 Civ. 3879 (SAS)

STIPULATION



IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the plaintiffs Art Capital Group, LLC and Art Capital Group, Inc. and the attorneys for the defendants Fine Art Capital, LLC and Emigrant Bank that defendants' time to answer, move or otherwise respond to the complaint in the above action is extended to and including June 19, 2007.

Dated: New York, New York
       June 5, 2007

BINGHAM McCUTCHEN LLP

By: _____
Edward F. Maluf (EM-6884)
Eugenie M. Cesar-Fabian (EF-1104)
399 Park Avenue
New York, New York 10022
(212) 705-7000

Attorney for Plaintiffs
Art Capital Group, LLC and
Art Capital Group, Inc.

DORSEY & WHITNEY LLP

By: _____
Bruce R. Ewing (BE-0724)
Sandra Edelman (SE-6853)
Marc S. Reiner (MR-6669)
250 Park Avenue
New York, NY 10177
(212) 415-9200

Attorneys for Defendants
Fine Art Capital, LLC and
Emigrant Bank

SO ORDERED:

_____
U.S.D.J.

6/6/07