Bruce R. Ewing (BE-0724)
Sandra Edelman (SE-6853)
Marc S. Reiner (MR-6669)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177
(212) 415-9200

Attorneys for Defendants
Fine Art Capital, LLC and
Emigrant Bank

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ART CAPITAL GROUP, LLC, and<br>ART CAPITAL GROUP, INC.,<br><br>                              Plaintiffs,<br><br>           -against-<br><br>FINE ART CAPITAL, LLC and<br>EMIGRANT BANK,<br><br>                              Defendants. | 07 Civ. 3879 (SAS)<br><br>**RULE 7.1 STATEMENT FOR DEFENDANTS FINE ART CAPITAL, LLC AND EMIGRANT BANK** |

Defendants Fine Art Capital, LLC ("Fine Art") and Emigrant Bank (collectively, "Defendants"), by their attorneys, Dorsey & Whitney LLP, make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1:

Fine Art is a subsidiary of Emigrant Bank. Neither Fine Art nor Emigrant Bank has any parent corporation that is publicly held and owns 10% or more of its stock.

                                                           Respectfully submitted,

Dated: New York, New York        DORSEY & WHITNEY LLP
       June 18, 2007

                                                           By:   /s/ BRUCE R. EWING
                                                             Bruce R. Ewing (BE-0724)
                                                             Sandra Edelman (SE-6853)
                                                             Marc S. Reiner (MR-6669)
                                                             250 Park Avenue
                                                             New York, NY 10177
                                                             (212) 415-9200

                                                             Attorneys for Defendants
                                                             Fine Art Capital, LLC and Emigrant Bank