UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    X
--------------------------------------------------------- :

*Art Capital Grp*

*V*

*Fine Art Capital*

: **ORDER OF REFERENCE**
: **TO A MAGISTRATE JUDGE**
: 
: 07 Civ. 3879 (SAS)
:
X
---------------------------------------------------------

7/2/07

The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

____ General Pretrial (includes scheduling,
discovery, non-dispositive pretrial motions,
and settlement)

____ Consent under 28 U.S.C. §636(c) for all
purposes (including trial)

____ Specific Non-Dispositive Motion/Dispute:*

_____
_____

____ Consent under 28 U.S.C. §636(c) for
limited purpose (e.g., dispositive motion,
preliminary injunction)

Purpose:_____

____ If referral is for discovery disputes when
the District Judge is unavailable, the time
period of the referral:_____

____ Habeas Corpus

____ Social Security

__✓__ Settlement*

____ Dispositive Motion (i.e., motion requiring
a Report and Recommendation)

____ Inquest After Default/Damages Hearing

Particular Motion:_____

_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:        New York, New York
              July 2, 2007

_____
United States District Judge

*August or September would be best.*
*Thanks*