SIHENAIN, S

7/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ART CAPITAL GROUP, LLC and ART
CAPITAL GROUP, INC.,

                    Plaintiffs,

-against-

FINE ART CAPITAL, LLC and
EMIGRANT BANK,

                    Defendants.

07 CV 3879 (SAS)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that Plaintiff Art Capital Group, Inc.'s time to reply, move, or otherwise respond to Defendant's Counterclaim is extended from July 12, 2007 to July 25, 2007.

Dated: New York, New York.
      June 29, 2007

DORSEY & WHITNEY LLP

By: _____
   Bruce R. Ewing (BE 0724)
   Sandra Edelman (SE 6853)
   Marc S. Reiner (MR 6669)
250 Park Avenue
New York, New York 10177
(212) 415-9200

*Attorneys for Defendants*
*Fine Art Capital, LLC and Emigrant Bank*

BINGHAM McCUTCHEN LLP

By: _____
   Edward F. Maluf (EM 6884)
   Eugenie M. Cesar-Fabian (EF 1104)
399 Park Avenue
New York, New York 10022
(212) 705-7000

*Attorneys for Plaintiffs*
*Art Capital Group, Inc and*
*Art Capital Group, LLC*

SO ORDERED:

July 2, 2007
_____
Date

_____
Honorable Shira A. Scheindlin

A/72072708.1