```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
ART CAPITAL GROUP, LLC, et al.,     :
                                    :
                 Plaintiffs,        :
                                    :
          -against-                 :
                                    :
FINE ART CAPITAL, LLC, et al.,      :
                                    :
                 Defendants.        :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**ORDER**

07 Civ. 3879 (SAS)(MHD)

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **WEDNESDAY, SEPTEMBER 19, 2007 at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
July 23, 2007

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Edward F. Maluf, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Marc S. Reiner, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177