SETTLEMENT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ART CAPITAL GROUP, LLC and ART            :
CAPITAL GROUP, INC.,                      :
                                          :     07 Civ. 3879 (SAS)
                Plaintiffs,               :
                                          :
         - against -                      :
                                          :
FINE ART CAPITAL, LLC and                 :
EMIGRANT BANK,                            :
                                          :
                Defendants.               :

------------------------------------------------------------X

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Art

Capital Group, LLC and Art Capital Group, Inc. and Defendants Fine Art Capital, LLC and

Emigrant Bank, hereby jointly stipulate to the dismissal of all claims and counterclaims made in

this action. Subject to the terms of the parties' confidential settlement agreement, such dismissal

is with prejudice. Each party shall bear its own costs and fees in this action.

DORSEY & WHITNEY LLP                          BINGHAM MCCUTCHEN LLP

By: _____                  By: _____
  Bruce R. Ewing                               Edward F. Maluf
  Sandra Edelman                               Eugenie Cesar-Fabian
  250 Park Avenue                              399 Park Avenue
  New York, New York  10022                    New York, New York  10022
  (212) 415-9200                               (212) 705-7987

*Attorneys for Defendants*                    *Attorneys for Plaintiffs*
Fine Art Capital, LLC and                     Art Capital Group, LLC and
Emigrant Bank                                 Art Capital Group, Inc.

Dated:  12/7/07                               Dated: Dec. 7, 2007

12/10/07

A/72323326.3